UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.: M-12-1843 |
| RAMON VILLARREAL-HERNANDEZ | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR THE UNITED STATES

The United States hereby gives notice to the Court and the defendant RAMON VILLARREAL-HERNANDEZ, that the counsel for the United States assigned to this case has changed. The new counsel for the United States who is responsible for the litigation of this case is AMY L. GREENBAUM, Assistant United States Attorney.

Please send all correspondence, notices, orders, and other communications to Assistant United States Attorney AMY L. GREENBAUM.

    Respectfully submitted,

    RYAN K. PATRICK
    UNITED STATES ATTORNEY

By:   */s/ Amy L. Greenbaum*
    Amy L. Greenbaum
    Assistant United States Attorney
    United States Attorney's Office
    1701 West Highway 83, Ste. 600
    McAllen, Texas 78501
    Phone: (956) 618-8010
    Fax: (956) 618-8009